IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10004 |
| ) | |
| ABERTHA HORO, ) | VIO: Title 18, United States Code, |
| a/k/a ELENA ALFARO SANCHEZ, ) | Sections 1028(a)(7), (b)(1)(D), and (f), |
| ) | and 1029(a)(2) and (b)(1). |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Access Device Fraud)

From on or about May 30, 2002, and continuing thereafter through November 22, 2002, in the Central District of Illinois, and elsewhere,

**ABERTHA HORO,**
**a/k/a ELENA ALFARO SANCHEZ,**

the defendant herein, knowingly and with intent to defraud, used, attempted to use, and aided and abetted the use of one or more unauthorized access devices, that is credit card numbers, account numbers, and other means of account access obtained with the intent to defraud and by such use obtained money, goods, and services having a value aggregating in excess of $1,000 during a one-year period.

All in violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1) and 2.

1

## COUNT 2
### (Identity Fraud)

Beginning on or about May 30, 2002, and continuing through November 22, 2002, in the Central District of Illinois, and elsewhere,

**ABERTHA HORO,**
**a/k/a ELENA ALFARO SANCHEZ,**

the defendant herein, did conspire with others, known and unknown to the grand jury, to knowingly use in and affecting interstate commerce, without lawful authority, means of identification of another person, that is, the name and other means of identification of another person, with the intent to commit, to attempt to commit, and to aid and abet one or more of the following unlawful activities:

**Access Device Fraud, in violation of**
**Title 18, United States Code, Section 1029(a)(2),**

to fraudulently obtain money, goods, and services having a value aggregating in excess of $1,000 during a one-year period.

All in violation of Title 18, United States Code, Sections 1028(a)(7), (b)(1)(D), and (f).

A True Bill,

s/Foreperson
Foreperson

s/U.S.Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

TAK:ms

2