IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No: 06-10004 |
| | ) |
| ABERTHA HORO | ) |
| a/k/a ELENA ALFARO SANCHEZ, | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Thomas A. Keith, Assistant United States Attorney, respectfully represents to this Honorable Court that **Abertha Horo, Inmate # 14530,** defendant herein, is now confined at the Central California Women's Facility, Chowchilla, California, Attn: Records, Marti Eichman, in the custody of the Warden of said institution, and that an Initial Appearance in the above-entitled cause has been set for Thursday, March 2, 2006 at 2:00 p.m. in the Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of Central California Women's Facility, Chowchilla, California, Attn: Records, Marti Eichman, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **Abertha Horo, Inmate# 14530**, before the Court at the Federal Building and U.S. Courthouse, 100 NE Monroe Street, Peoria, Illinois, on March 2, 2006 at 2:00 p.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings against the defendant to return her to the custody of the Central

California Women's Facility, Chowchilla, California.

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        s/: THOMAS A. KEITH
        **THOMAS A. KEITH**
        Assistant United States Attorney
        One Technology Plaza - Suite 400
        211 Fulton Street
        Peoria, IL 61602
        Telephone: 309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 06-10004 |
| | ) | |
| ABERTHA HORO | ) | |
| a/k/a ELENA ALFARO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **Abertha Horo, Inmate # 14530,** is presently incarcerated at the Central California Women's Facility, Chowchilla, California, attn: Records, Marti Eichman, it further appearing that **Abertha Horo, Inmate # 14530**, was named as defendant in the above-entitled cause and her appearance is necessary in connection with these proceedings on March 2, 2006 at 2:00 p.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Central California Women's Facility, Chowchilla, California, attn: Records, Marti Eichman, and/or the United States Marshal for the Central District of Illinois, to transport the said **Abertha Horo, Inmate # 14530** to the Central District of Illinois, and to produce the said **Abertha Horo, Inmate #14530** on March 2, 2006 at 2:00 p.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this

cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

                                                                                     _____
**JOHN A. GORMAN**
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____ day of January 2006.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 06-10004 |
| ABERTHA HORO a/k/a ELENA ALFARO SANCHEZ, | ) ) ) ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  THE WARDEN OF THE CENTRAL CALIFORNIA WOMEN'S FACILITY, CHOWCHILLA, CALIFORNIA, ATTN: RECORDS, MARTI EICHMAN AND TO ANY UNITED STATES MARSHAL:

**G R E E T I N G S:**

WE COMMAND that you produce and deliver the body of **Abertha Horo, Inmate # 14530**, now in your custody at the Central California Women's Facility, Chowchilla, California, Attn: Records, Marti Eichman, before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on March 2, 2006 at 2:00 p.m. in order that **Abertha Horo, Inmate # 14530,** may be present for purposes of an Initial Appearance in the above-entitled cause and after said hearing and the disposition of said matters that you return **Abertha Horo, Inmate # 14530**, under safe and secure conduct to the custody of the Central California Women's Facility, Chowchilla, California.

DATE: _____       _____
                                   **JOHN M. WATERS**, Clerk
                                   United States District Court
                                   Central District of Illinois