IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 06-10004 |
| | ) | |
| ABERTHA HORO | ) | |
| a/k/a ELENA ALFARO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **Abertha Horo, Inmate # 14530,** is presently incarcerated at the Central California Women's Facility, Chowchilla, California, attn: Records, Marti Eichman, it further appearing that **Abertha Horo, Inmate # 14530**, was named as defendant in the above-entitled cause and her appearance is necessary in connection with these proceedings on March 2, 2006 at 2:00 p.m.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Central California Women's Facility, Chowchilla, California, attn: Records, Marti Eichman, and/or the United States Marshal for the Central District of Illinois, to transport the said **Abertha Horo, Inmate # 14530** to the Central District of Illinois, and to produce the said **Abertha Horo, Inmate #14530** on March 2, 2006 at 2:00 p.m. in the Federal Building at 100 NE Monroe Street, Peoria, Illinois, in connection with this

cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

        s/ John A. Gorman
        **JOHN A. GORMAN**
        UNITED STATES MAGISTRATE JUDGE
        CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this 26th day of January 2006.