IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                               )<br>                Plaintiff,                           )<br>                                                               )<br>        v.                                                  )    Case No: 06-10004<br>                                                               )<br>ABERTHA HORO                             )<br>a/k/a ELENA ALFARO SANCHEZ,  )<br>                                                               )<br>                Defendant.                       ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     THE WARDEN OF THE CENTRAL CALIFORNIA WOMEN'S FACILITY, CHOWCHILLA, CALIFORNIA, ATTN: RECORDS, MARTI EICHMAN AND TO ANY UNITED STATES MARSHAL:

**GREETINGS:**

WE COMMAND that you produce and deliver the body of **Abertha Horo, Inmate # 14530**, now in your custody at the Central California Women's Facility, Chowchilla, California, Attn: Records, Marti Eichman, before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on March 2, 2006 at 2:00 p.m. in order that **Abertha Horo, Inmate # 14530,** may be present for purposes of an Initial Appearance in the above-entitled cause and after said hearing and the disposition of said matters that you return **Abertha Horo, Inmate # 14530,** under safe and secure conduct to the custody of the Central California Women's Facility, Chowchilla, California.

DATE: _01/27/6_

JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois