# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO.  **06-10004-01** <br> ) <br> **Abertha Horo** ) <br> Defendant ) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 PM**  on   **Thursday, April 13, 2006** .

This matter is set for Jury Trial at **9:00 A.M.** on **Monday, May 1, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade,  U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this  2nd day of  March, 2006

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# United States District Court
### central district of illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10004-01**<br>)<br>) |
| **Abertha Horo**<br>    Defendant | )<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 PM** on **Thursday, April 13, 2006** .

This matter is set for Jury Trial at **9:00 A.M.** on **Monday, May 1, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of March, 2006

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10004-01**<br>) |
| **Abertha Horo**<br>    Defendant | )<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 PM** on **Thursday, April 13, 2006**.

This matter is set for Jury Trial at **9:00 A.M.** on **Monday, May 1, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of March, 2006

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10004-01**<br>)<br>) |
| **Abertha Horo**<br>　　Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 PM** on **Thursday, April 13, 2006**.

This matter is set for Jury Trial at **9:00 A.M.** on **Monday, May 1, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of March, 2006

```
/s/ John A. Gorman
```
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE