IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-10004 |
| | ) |
| ABERTHA HORO, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes Thomas A. Keith, Assistant United States Attorney for the Central District of Illinois, and hereby respectfully requests leave to withdraw as counsel of record.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/: Thomas A. Keith
Thomas A. Keith
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 8, 2006**, I electronically filed the **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**ROBERT A. ALVARADO**

and I hereby further certify that I have mailed, by United States Postal Service, the Government's Motion for Withdrawal of the Record to the following non CM/ECF participants:

**N/A**

**s/: Margo Scamp**
Legal Assistant