IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 06-10004 |
| | ) | |
| ABERTHA HORO, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now Edward E. McNally, United States Attorney for the Southern District of Illinois, and Robert L. Garrison, Special Assistant United States Attorney, and hereby enter their appearance on behalf of the United States, replacing all counsel who have previously appeared for the United States.

Respectfully submitted,

EDWARD E. McNALLY
United States Attorney


s/ Robert L. Garrison
ROBERT L. GARRISON
Special Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax: (618) 628-3772
E-mail: Robert.L.Garrison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 06-10004 |
| | ) | |
| ABERTHA HORO, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on March 9, 2006, I electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system.

    Respectfully submitted,

    EDWARD E. McNALLY
    United States Attorney


    s/ Robert L. Garrison
    ROBERT L. GARRISON
    Special Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700
    Fax: (618) 628-3772
    E-mail: Robert.L.Garrison@usdoj.gov