E-FILED
Thursday, 23 March, 2006 03:02:03 PM
Clerk, U.S. District Court, ILCD

# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

FILED
MAR 2 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

ABERTHA HORO

## WARRANT FOR ARREST

CASE NO. 03- 6005M-02
06-10004

RECEIVED 2003 JAN 31 A 11: 2
U.S. MARSHAL SERVICE
CENTRAL ILLINOIS

TO:  THE UNITED STATES MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ___ABERTHA HORO___, and bring her
                                         Name

forthwith to the nearest magistrate to answer a complaint charging her with

knowingly committing access device fraud

in violation of Title ___18___ United States Code, Section(s) ___1029(a)(2) & (a)(5)___

___John A. Gorman___                    ___United States Magistrate Judge___
Name of Issuing Officer                       Title of Issuing Officer

___s/ John A. Gorman___                 ___January 31, 2003   Peoria, Illinois___
Signature of Issuing Officer                     Date and Location

Bail fixed at $ ___Detention Requested___  by ___John A. Gorman, United States Magistrate Judge___
                                               Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at ___Fresno California___

| Date Received 02/04/03 | Name of Arresting Officer  Mike Pritchard | Signature of Arresting Officer |
| Date of Arrest 03/01/06 | Title of Arresting Officer  D.U.S.M. | Larry [signature] |