IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-10004 |
| | ) | |
| ABERTHA HORO, | ) | VIO: Title 18, United States |
| a/k/a ELENA ALFARO SANCHEZ, | ) | Code, Sections 1028(a)(7), |
| | ) | (b)(1)(D), and (f), and 1029 |
| Defendant. | ) | (a)(2) and (b)(1) |

FILED
MAY 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## DEFENDANT'S ADMISSIONS WITH REFERENCE TO BILL OF INDICTMENT

NOW comes the Defendant, ABERTHA HORO, a/k/a ELENA ALFARO SANCHEZ, by her counsel, Dennis M. Sheehan, and makes the following admissions with reference to a two-count Bill of Indictment now pending against her in the above-captioned action.

### COUNT 1

With regard to the Grand Jury charge stating that the Defendant committed Access Device Fraud between May 30, 2002, and November 22, 2002, the Defendant makes the following factual statements:

Besides your Defendant there were, known to your Defendant, two other males who, along with your Defendant, committed break-ins of parked motor vehicles in the parking lot of the Rock Island Trail in Peoria County, Illinois in the fall of 2002. These persons were known to your Defendant as Fritz Drexler and a gentleman known

1

by the first name of "Mario."

Your Defendant came to originally make the acquaintance of Mario in the Fall of 2002 in Los Angeles, California. At that time your Defendant was living in Los Angeles, California, as an unregistered alien, and your Defendant made the acquaintance of Mario when she was introduced to him by a man who was dating the Defendant's niece. Your Defendant had just recently been released from custody, and she was desperately seeking to find a way to earn income. Mario told your Defendant that he would make a loan to her of money and she could pay him back at a later time. Your Defendant took out a loan from Mario in the sum, as best she now recalls, of $3,000.00. Shortly after your Defendant received this money from Mario, Mario contacted her and gave her instructions to get on an airplane in Los Angeles and travel to Chicago, Illinois. Mario told your Defendant that this would be the way for her to repay the loan he had previously made to her.

When your Defendant arrived at the Chicago airport, Mario was at the airport waiting to meet her, and Mario introduced her to Fritz Drexler. As best your Defendant recalls, this meeting at the airport in Chicago occurred on a date now unknown to her but did occur sometime in October or November of 2002.

After your Defendant then met with Mario and Mr. Drexler in Chicago, the three of them traveled, on three separate occasions, to the Rock Island Trail in Peoria County, Illinois, and Mr. Drexler and Mario explained to her that Mr. Drexler, using a device, would enter motor vehicles parked there in the parking lot at the Rock Island Trail and then seize items of personal property from the vehicles and either hand those items to Mario or hand them to your Defendant. Your Defendant was instructed by the two gentlemen to watch out for other persons coming into the parking lot, and your Defendant was there for the purpose of notifying either Mario or Mr. Drexler or both

of them of the appearance of other individuals there in the parking lot while the three of them were there. Your Defendant does acknowledge that on each of the three occasions when she accompanied Mr. Drexler and Mario to this parking lot, she watched as Mr. Drexler opened car doors of parked vehicles and then take from those vehicles whatever valuables he could find.

On the last of the three trips to the Rock Island Trail, which your Defendant believes occurred on November 22, 2002, the two gentlemen and your Defendant exited the vehicle which had brought them to the parking lot and Mr. Drexler began using his device to open up vehicle doors for the purpose of seizing personal property inside those vehicles. As this activity was being conducted by Mr. Drexler and as Mario was watching as a lookout from what appeared to be the beginning of the Rock Island Trail just off the parking lot area, police officers approached and arrested Mr. Drexler and your Defendant. Mario ran away from the scene.

Your Defendant and Mr. Drexler were brought to the Peoria County Jail in Peoria, Illinois, by the arresting officers. Your Defendant and Mr. Drexler were in jail for a brief period of time and were then bonded out by Mario.

After the burglaries of the cars had occurred on the first two occasions while your Defendant was present with Mario and Mr. Drexler, your Defendant does admit that she used identification of other individuals taken from these vehicles at stores and represented herself to be those persons. Either Mario or Mr. Drexler or both of them were with your Defendant on those occasions when she used this false identification in order to make purchases at stores. Your Defendant cannot recall the exact number of times she was involved in this activity, but your Defendant does state that she does recall making purchases using some of this identification. Your Defendant does not know the exact number of times she made purchases at the direction of Mario or Mr.

3

Drexler, but the other two persons were the ones who were making statements requiring her to engage in this conduct. Mario and Mr. Drexler coerced your Defendant into making these representations at stores to clerks in order to use the stolen identity cards. Mario and Mr. Drexler both reminded your Defendant continuously that money was owed to Mario by your Defendant and this was the way your Defendant would be repaying the loan which was owed by her. Your Defendant never received any of the personal property she purchased using any of these cards or false identification. Your Defendant does not know or believe that while she was involved in this criminal activity with these other two men that she ever obtained money, goods, or services having a value aggregating in excess of $1,000.00 during this period of time in the Fall of 2002 after she arrived on the airplane from Los Angeles until the time she was arrested on November 22, 2002.

After your Defendant was bonded out of the Peoria County Jail by Mario, Mario then loaned to your Defendant an additional $1,000.00, and within days after she had received that money from Mario your Defendant, totally unknown to Mario or Fritz Drexler, boarded a Greyhound bus and returned back to Los Angeles, California.

After she returned to Los Angeles, Mario continued to contact your Defendant by telephone, but she never actually had any further face-to-face meetings with Mario. The reason why Mario made these telephone calls to your Defendant was to express to your Defendant how upset he was about the fact that your Defendant had left the State of Illinois and to state to your Defendant that he was continuing to demand of her that she repay to him the amounts of the loans she had taken out. Your Defendant cannot now recall the last time she had any telephone conversation with Mario, but your Defendant does state that it has been some considerable period of time since they last had telephone communication with each other.

4

Through her relatives who continued to live in the State of California, your Defendant has attempted to have checked out with airlines traveling between Los Angeles, California and Chicago, Illinois to glean information with reference to the date and time she flew from Los Angeles to Chicago. It has now been reported to your Defendant that her relatives have done all within their power to verify the name of the airline or the date she took the trip from Los Angeles to Chicago and all efforts to locate information about this flight have been unsuccessful.

## COUNT 2

Your Defendant acknowledges with reference to the charge being brought against her of Identity Fraud that in the Fall of 2002 and while she was present in the Central District of Illinois, she did conspire with Mario and Fritz Drexler to use identification of other persons which Fritz Drexler had stolen from parked motor vehicles at the Rock Island Trail in Peoria County, Illinois, to fraudulently obtain money, goods, and services which she believed to have a value aggregating more than $1,000.00 during the month of November, 2002.

The factual basis for this count of the Bill of Indictment is otherwise stated by your Defendant within the body of the written comments made by her as stated in her factual basis for Count 1 of the Bill of Indictment.

Respectfully submitted,

s/ Defendant
Abertha Horo, a/k/a Elena Alfaro Sanchez, Defendant

s/Defense Counsel
Dennis M. Sheehan, Counsel for Defendant

5