**FILED**

OCT - 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING
RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: USA vs. Albertha Holt

Case Number: 06-10004

The appeal time having expired and/or the appeal having been concluded, the original Sealed

Pre-Sentence Report (document number 20 ), Sentencing Recommendation (document

number 21 ) and Statement of Reason(s) Page (document number 22 ) were

returned to the U.S. Probation Office on 10/3/06 .

Received by:

s/Douglas Heuermann
_____
U.S. Probation Office
Date: 10/4/06