**E-FILED**
Wednesday, 04 October, 2006  04:19:00 PM
Clerk, U.S. District Court, ILCD

# FILED

OCT - 4 2006

## RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name:   USA vs. Palslo Michael Duran

Case Number:   06-10015

The appeal time having expired and/or the appeal having been concluded, the original Sealed

Pre-Sentence Report (document number _____23_____ ), Sentencing Recommendation (document

number _____26_____ ) and Statement of Reason(s) Page (document number _____30_____ ) were

returned to the U.S. Probation Office on _____10/3/06_____ .


Received by:

S/ s/Douglas Heuermann

U.S. Probation Office
Date: _____10/4/06_____